# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHERYL CALAMIA

VERSUS

WINN-DIXIE MONTGOMERY, LLC,
AND BARRETT TROSCLAIR

NO. 2019 CW 0668

**OCT 1 8 2019**

---

In Re:   Winn-Dixie Montgomery, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 117074.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT NOT CONSIDERED.** This writ application fails to comply with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(9). Relator failed to include a copy of all documents attached to respondent's opposition to the motion for summary judgment.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

If relator seeks to file a new application with this court, it must contain all pertinent documentation, the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before November 4, 2019, and must contain a copy of this ruling.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT